

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

"UNDER SEAL"

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:16 CR 51 |
| v. | **SEALING ORDER** |
| 1) LARRY BROWN <br> 2) SAMUEL ZUNIGA MEDINA <br>     a/k/a Ghost <br> 3) KENNETH PAUL METCALF <br> 4) STEVEN WHITE | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed so as not to impede the ongoing investigation and investigators' attempts to locate BROWN and WHITE and take them into custody until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 20 day of April, 2016.

~~DAVID S. CAYER~~ Dennis L. Howell
UNITED STATES MAGISTRATE JUDGE