UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION



FILED
IN COURT
ASHEVILLE, N.C.

APR 2 2 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:16cr51 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| 1) LARRY BROWN | ) | |
| 2) SAMUEL ZUNIGA MEDINA | ) | |
|    a/k/a Ghost | ) | |
| 3) KENNETH PAUL METCALF | ) | |
| 4) STEVEN WHITE | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 22 day of April, 2016.

HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE COURT JUDGE